# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRUCE ERIC STITELER[1], )
       Plaintiff, )
vs. ) Civil No. 16-cv-259-JPG-CJP
NANCY A. BERRYHILL, )
       Defendant. )

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED**.

Judgment is entered in favor of plaintiff, Bruce Eric Stiteler, and against defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: 5/24/2017

                                       **JUSTINE FLANAGAN,**
                                       **Acting Clerk of Court**

                                       **BY:** _Tina Gray_
                                               **Deputy Clerk**

**Approved:**

*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**

---

[1] Incorrectly identified as Bruce R. Stiteler in pleadings and on docket.